UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JENNIFER R. BEST,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security<br><br>    Defendant. | Case No.  C08-5225KLS<br><br>ORDER TO SHOW CAUSE |

  This matter comes before the court on plaintiff's filing of an application to proceed *in forma pauperis* and a complaint to review and set aside a decision of the Social Security Administration under 42 U.S.C. § 405(g).  To file a complaint and initiate legal proceedings plaintiff must pay a filing fee of $350.00 or file a proper application to proceed *in forma pauperis*.

  By requesting the court to proceed *in forma pauperis*, plaintiff is asking the government to incur the filing fee because she allegedly is unable to afford the costs necessary to proceed with her cause of action.  On the first page of her application, plaintiff checked the "Yes" box indicating that she had received money from "[a]ny other sources" during the past twelve months. (Dkt. #1, p. 1).  Plaintiff, however, has not stated what those sources are or set forth the amount of money received therefrom as required by the Court's

ORDER
Page - 1

*in forma pauperis* application.[1]  The Court thus is unable at this time to determine plaintiff's eligibility for *in forma pauperis* status.

Accordingly, the Court hereby finds and ORDERS as follows:

(1) Plaintiff shall seek to cure this deficiency by filing **no later than May 21, 2008**, a response containing the information described above.

**Failure to cure this deficiency by the above date shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of this matter.**

(2) The clerk is directed to send a copies of this Order to counsel for plaintiff.

DATED this 21st day of April, 2008.

Karen L. Strombom
United States Magistrate Judge

---

[1] The form submitted by plaintiff does not actually contain any language setting forth this requirement. However, the form made available for public use on the Court's website, which in all other respects appears to be the same as that submitted by plaintiff, does contain such language. See http://www.wawd.uscourts.gov/ReferenceMaterials/Forms.htm.  In any event, this information is required by the Court in order to accurately determine whether plaintiff is entitled to a grant of *in forma pauperis* status.